UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-8-11

------------------------------------------------

WILLIAM DUNNEGAN,

             Plaintiff,

-against-

JOHN DOE,

             Defendant.

------------------------------------------------

11 CIV. 8552 (LBS)

### ORDER AUTHORIZING THE ISSUANCE OF A SUBPOENA ON LEXIS NEXIS, A DIVISION OF REED ELSEVIER INC., TO DETERMINE THE IDENTITY OF DEFENDANT

Upon the ex parte application of plaintiff for an order pursuant to Rule 26(d) of the Federal Rules of Civil Procedure allowing service of a subpoena on LEXIS NEXIS, a Division of Reed Elsevier, Inc., to ascertain the identity of defendant John Doe, and good cause for that relief appearing, it is hereby

ORDERED, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, that plaintiff may serve the annexed subpoena on LEXIS NEXIS, a Division of Reed Elsevier, Inc.

DATED: New York, New York

       Dec. 5, 2011

                                                Leonard B. Sand, U.S.D.J.