UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-23-12
```

WILLIAM DUNNEGAN,

               Plaintiff,

v.

JOHN DOE,

               Defendant.

11 Civ. 8552 (LBS)

**ORDER**

SAND, J.

    Plaintiff's *ex parte* request to serve a Fed. R. Civ. P. 45 subpoena on TDS Telecommunications that seeks information sufficient and no more than necessary to determine the identity of Defendant is hereby granted. This information is to be used by Plaintiff solely for the purpose of protecting his rights as set forth in his November 23, 2011 complaint.

**SO ORDERED.**

January 23, 2012
New York, N.Y.

_____
U.S.D.J.