UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

11 CIV. 8552 (LBS)

WILLIAM DUNNEGAN,

          Plaintiff,

-against-

JOHN DOE,

          Defendant.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(a)(I)

Pursuant to F.R.C.P. 41(A)(1)(a)(I) of the Federal Rules of Civil Procedure, the plaintiff, William Dunnegan, and his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant.

DATED March 14, 2012

_____
David M. Kohane
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Attorneys for Plaintiff
25 Main Street – Court Plaza North
Hackensack, New Jersey 07601
201 489 3000